**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEFINA PADILLA-MENDOZA,<br><br>    Defendant. | **No. 07-CR-4079-DEO**<br><br>**ORDER RE:<br>ACCEPTING REPORT AND<br>RECOMMENDATION CONCERNING<br>GUILTY PLEA** |

## I. INTRODUCTION AND BACKGROUND

On October 26, 2007, a three Count Indictment (Docket No. 1, 10/26/2007) was returned against defendant Josefina Padilla-Mendoza. On November 27, 2007, the Government filed, "Government's Motion To Dismiss §1028A Charge" (Docket No. 15) relating to Count 3. Count 3 was dismissed by this Court on November 27, 2007 (Docket No. 17).

Count 1 of the Indictment charges that defendant Josefina Padilla-Mendoza, on about September 10, 2007, in the Northern District of Iowa, knowingly used and possessed a document prescribed by statute or regulation as evidence of authorized employment in the United States, that is, a social security card in the name of "Lourdes Hernandez" and bearing the last four digits "2016," a document defendant knew had been forged, counterfeited, and falsely made, and otherwise unlawfully

obtained.

This was in violation of Title 18, United States Code, Section 1546(a).

Count 2 of the Indictment charges that defendant Josefina Padilla-Mendoza, on about September 10, 2007, in the Northern District of Iowa, for the purpose of obtaining a thing of value and for other purposes, with the intent to deceive, did falsely represent a social security account number with the last four digits "2016" to be the account number assigned to her by the Commissioner of Social Security, when in fact that number had not been so assigned to her.  Defendant represented the social security account number with the last four digits "2016" to be her number in the course of applying for a job at a farm operation in Plymouth County, Iowa.

This was in violation of Title 42, United States Code, Section 408(a)(7)(B).

As mentioned, Count 3 was dismissed.

On November 28, 2007, defendant Josefina Padilla-Mendoza appeared before Chief United States Magistrate Judge Paul A. Zoss and entered a plea of guilty to Counts 1 and 2 of the Indictment.  In the Report and Recommendation (Docket No. 21, 11/28/2007) Chief United States Magistrate Judge Paul A. Zoss

recommends that defendant Josefina Padilla-Mendoza's guilty plea be accepted.  No objections to Judge Zoss's Report and Recommendation were filed.  The Court, therefore, undertakes the necessary review to accept defendant Josefina Padilla-Mendoza's plea in this case.

## II. ANALYSIS

### A. Standard of Review

Pursuant to statue, this Court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge].

28 U.S.C. § 636(b)(1).  Similarly, Federal Rule of Civil Procedure 72(b) provides for review of a magistrate judge's Report and Recommendation on dispositive motions and prisoner petitions, where objections are made as follows:

> The district judge to whom the case is assigned shall make a de novo determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule.  The district judge may accept, reject, or modify the

3

> recommendation decision, receive further evidence, or recommit the matter to the magistrate judge with instructions.

FED. R. CIV. P. 72(b).

In this case, no objections have been filed, and it appears to the Court upon review of Chief Magistrate Judge Zoss's findings and conclusions that there are no grounds to reject or modify them.

**IT IS THEREFORE HEREBY ORDERED** that this Court accepts Chief Magistrate Judge Zoss's Report and Recommendation (Docket No. 21), and accepts defendant Josefina Padilla-Mendoza's plea of guilty in this case to Counts 1 and 2 of the Indictment filed on October 26, 2007 (Docket No. 1).

**IT IS SO ORDERED** this 20th day of December, 2007.

_____
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa